# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>  Plaintiff,<br><br>  v.<br><br>SERRANO'S FURNITURE, et al.,<br><br>  Defendants. | Case No. 1:16-cv-01744-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 16) |

This action was filed on November 17, 2016.  (ECF No. 1.)  On April 3, 2017, Plaintiff filed a stipulation dismissing this action in its entirety with prejudice with each party to bear its own costs and fees.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **April 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1